IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. H. EDSALL, SR.,

    Petitioner,                   No. CIV S-08-1182 MCE JFM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.           ORDER

                                  /

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

          Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

          "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). Petitioner has named the People of the State of California and the Attorney General of the State of California as respondents in this action. These are not the proper respondents in this action. Accordingly, the

1

instant petition must be dismissed with leave to amend.  See <u>Stanley</u>, 21 F.3d at 360.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted;

2. Petitioner's application for writ of habeas corpus is dismissed with leave to file an amended petition within thirty days from the date of this order;

3. Within thirty days from the date of this order, petitioner shall complete the attached Notice of Amendment and submit the following documents to the court:

    a. The completed Notice of Amendment; and

    b.  An original and one copy of the Amended Petition.

4. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

5. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

DATED: June 3, 2008.

UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. H. EDSALL, SR.

    Petitioner,   No. CIV S-08-1182 MCE JFM P

    vs.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,   NOTICE OF AMENDMENT

    Respondents.
_____/

    Petitioner hereby submits the following document in compliance with the court's order filed _____:

    _____    Amended Petition

DATED:

                                          Petitioner