IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. H. EDSALL, SR.,

    Petitioner,      No. CIV S-08-1182 MCE JFM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.      ORDER

    /

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed June 4, 2008, the court found that petitioner had not named the proper respondent in this action, as required by Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). The court therefore dismissed the original petition with leave to file an amended petition within thirty days.

    On June 19, 2008, petitioner filed an amended petition. Petitioner has not named any respondent in the amended petition. As the court informed petitioner in the June 4, 2008 order, petitioner must "name the state officer having custody of him or her as the respondent to the petition." Stanley, id. Generally, this is the Warden of the prison where petitioner is incarcerated.

1


Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send petitioner the first page of the court's form habeas corpus petition.

2. Petitioner shall complete the top portion of the page provided with this order by filling in his name in the space above the word "Petitioner" and filling in the name of the warden of the prison where he is presently incarcerated in the space above the word "Respondent." Petitioner shall also write the case number for this action and the words "Amended Petition" on the page provided with this order.

3. Within twenty days from the date of this order petitioner shall return the completed page and the attached notice of amendment to the Clerk of the Court, who shall thereafter replace the first page of the amended habeas corpus petition filed on June 19, 2008 with the completed page provided by petitioner.

DATED: July 31, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12
edsa1182.122sec

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. H. EDSALL, SR.

    Petitioner,                            No. CIV S-08-1182 MCE JFM P

    vs.

PEOPLE OF THE STATE OF
CALIFORNIA, et al.,                     NOTICE OF AMENDMENT

    Respondents.

_____/

    Petitioner hereby submits the following document in compliance with the court's order filed _____:

    _____          Page One of Amended Petition[1]

DATED:

                                                  Petitioner

---

[1] Pursuant to Judge Moulds' order, the Clerk of the Court is directed to replace the first page of the amended petition filed June 19, 2008 with the page submitted with this Notice of Amendment.