IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. H. EDSALL, SR.,

    Petitioner,                    No. 2:08-cv-1182 MCE JFM (HC)

  vs.

B. CURRY, Warden, et al.,

    Respondent.                  ORDER

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed June 4, 2008, petitioner's original petition was dismissed with leave to file an amended petition naming the proper respondent. Petitioner has now filed an amended petition.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer to petitioner's amended petition within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondents shall include with the answer any and all transcripts or other documents

/////

relevant to the determination of the issues presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

    2. Petitioner's traverse, if any, is due on or before thirty days from the date respondents' answer is filed;

    3. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's amended petition for writ of habeas corpus, filed June 19, 2008, on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: August 25, 2008.

UNITED STATES MAGISTRATE JUDGE

/edsa1182.100