IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN A. H. EDSALL, SR.,** | 2:08-cv-1182 MCE JFM (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **B. CURRY, Warden, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file Respondents' response to Petitioner's amended petition for writ of habeas corpus. GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including November 9, 2008, in which to file a response to Petitioner's amended petition for writ of habeas corpus.

Dated: October 28, 2008.

UNITED STATES MAGISTRATE JUDGE

/edsa1182.ext