IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A.H. EDSALL, SR.,

    Petitioner,                   No. 2:08-cv-1182 MCE JFM (HC)

    vs.

J. MARSHALL, Warden, et al.,[1]

    Respondents.               ORDER

                               /

    Petitioner has requested an extension of time to file and serve a response to defendant's November 10, 2008 motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's December 8, 2008 motion for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a response to defendant's November 10, 2008 motion to dismiss.

DATED: December 15, 2008.

UNITED STATES MAGISTRATE JUDGE

/mp; 001; edsa1182.111

---

[1] Petitioner was transferred to California Men's Colony; Warden J. Marshall is substituted as respondent in place of B. Curry.