1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN A. H. EDSALL, SR.,

11                 Petitioner,          No. 2:08-cv-1182 JFM (HC)

12          vs.

13   J. MARSHALL, Warden, et al.,          <u>ORDER AND</u>

14                 Respondents.          <u>ORDER TO SHOW CAUSE</u>

15   _____/

16          Petitioner is a state prisoner proceeding pro se with an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254. This matter is proceeding before the undersigned, a

18   United States Magistrate Judge, with the consent of the parties pursuant to 28 U.S.C. § 636(c).

19          On November 10, 2008, respondents filed a motion to dismiss this action as

20   barred by the statute of limitations. Petitioner requested and received an extension of time, until

21   thirty days after December 16, 2008, to file an opposition to the motion to dismiss but failed to

22   do so. On January 29, 2009, this court granted respondents' motion on the merits and dismissed

23   the action as time-barred. On February 5, 2009 petitioner filed a request for a second extension

24   of time to file an opposition. On the same day, petitioner filed a request for a court order

25   prohibiting prison officials from transferring him during the pendency of this action. On

26   February 23, 2009, petitioner filed a notice of change of address. On February 24, 2009,

1

petitioner filed a motion for relief from the judgment entered in this action.  Petitioner's motion is predicated on the delays attendant to his efforts to file an opposition to the motion to dismiss but does not address the merits of the motion or this court's ruling thereon.

Good cause appearing, petitioner will be granted a period of thirty days from the date of this order to show cause in writing, if any he has, why his action should not have been dismissed as time-barred.  Respondents will be granted seven days thereafter to file a response.  Ruling on petitioner's request for relief from judgment is deferred pending the filing of petitioner's response to the order to show cause.  Upon receipt of petitioner's response to the order to show cause the court will, as appropriate, consider petitioner's motion for relief from judgment.  In the event that plaintiff fails to file a response in accordance with this order,  his motion for relief from judgment will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Within thirty days from the date of this order petitioner shall show cause, if any he has, why this action should not have been dismissed as time-barred;

2.  Respondents may file a response within seven days thereafter;

3.  Petitioner's February 5, 2009 request for extension of time is denied as moot;

4.  Petitioner's February 5, 2009 request for an order prohibiting further transfers is denied without prejudice; and

5.  Petitioner's failure to file a response to the order to show cause within the time set by this order will result in the denial of his motion for relief from judgment.

DATED: March 10, 2009.


UNITED STATES MAGISTRATE JUDGE

12
edsa1182.60b