IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN A. H. EDSALL, SR.,

    Petitioner,                    No. 2:08-cv-1182 JFM (HC)

    vs.

J. MARSHALL, Warden, et al.,

    Respondents.           ORDER

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter is proceeding before the undersigned, a United States Magistrate Judge, with the consent of the parties pursuant to 28 U.S.C. § 636(c).

        On November 10, 2008, respondents filed a motion to dismiss this action as barred by the statute of limitations. Petitioner requested and received an extension of time, until thirty days after December 16, 2008, to file an opposition to the motion to dismiss but failed to do so. On January 29, 2009, this court granted respondents' motion on the merits and dismissed the action as time-barred. On February 5, 2009 petitioner filed a request for a second extension of time to file an opposition. On the same day, petitioner filed a request for a court order prohibiting prison officials from transferring him during the pendency of this action. On February 23, 2009, petitioner filed a notice of change of address. On February 24, 2009,

petitioner filed a motion for relief from the judgment entered in this action. Petitioner's motion is predicated on the delays attendant to his efforts to file an opposition to the motion to dismiss but does not address the merits of the motion or this court's ruling thereon.

By order filed March 11, 2009, petitioner was granted a period of thirty days days to show cause in writing, if any he has, why his action should not have been dismissed as time-barred. In the same order, the court deferred ruling on petitioner's request for relief from judgment pending the filing of petitioner's response to the order to show cause and advised petitioner that if he failed to file a response to the order to show a response in accordance with this order, his motion for relief from judgment would be denied.

On April 20, 2009 and June 4, 2009, petitioner moved for extensions of time to file a response to the order to show cause. Both requests were granted, see orders filed April 30, 2009 and June 17, 2009, and petitioner's final deadline for filing a response to the order show cause was July 17, 2009. See Order filed June 17, 2009. That deadline has now expired and petitioner has not responded to the order to show cause.[1]

Accordingly, IT IS HEREBY ORDERED that petitioner's February 24, 2009 motion for relief from judgment is denied.

DATED: July 27, 2009.

UNITED STATES MAGISTRATE JUDGE

12
edsa1182.60bdn

---

[1] On July 6, 2009, petitioner filed a request for information from the Clerk of the Court about the identity of the respondent in this action in which he indicated that he was "in the process" of meeting the deadline for responding to the order to show cause. On or about July 8, 2009, the Clerk responded to petitioner's request.