1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHN A. H. EDSALL, SR.,

11          Petitioner,                    No. 2:08-cv-1182 JFM (HC)

12      vs.

13   J. MARSHALL, Warden, et al.,

14          Respondents.                   ORDER

15   _____/

16          Petitioner is a state prisoner proceeding pro se with an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  This matter is proceeding before the undersigned, a

18   United States Magistrate Judge, with the consent of the parties pursuant to 28 U.S.C. § 636(c).

19   Petitioner has filed a third motion for relief from the judgment entered in this action on January

20   29, 2009, dismissing this action as barred by the statute of limitations.  Petitioner's prior motions

21   were denied by orders filed February 2, 2010 and July 21, 2010.  In the July 21, 2010 order, the

22   court also denied petitioner's request to extend the time to file a notice of appeal.

23   /////

24   /////

25   /////

26   /////

1

1    Petitioner's third motion for relief from judgment is filed well after time limits set

2  forth in Fed. R. Civ. P. 60 for seeking relief from a judgment and will not be entertained by this

3  court.  This action is closed and no further orders will issue in response to future filings.

4        IT IS SO ORDERED.

5  DATED: September 20, 2010.

6

7                                    _____
                                      UNITED STATES MAGISTRATE JUDGE
8

9   12
    edsa1182.158
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26